UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID REGINALD NEEDHAM                                                            PLAINTIFF

V.                                  3:18CV00009 JM/JTR

CRAIGHEAD COUNTY DETETION CENTER, et al.                                DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

Dated this 19th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE